UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUCIA MARETT,
*on behalf of herself, and all others similarly situated,*

                Plaintiff,                Case No.: 17-CV-0716

  v.

LE BERNARDIN, INC.,

                Defendant.

---

### NOTICE OF APPEARANCE OF ANNE SEELIG FOR PLAINTIFF

PLEASE TAKE NOTICE, that the undersigned shall appear as counsel for Plaintiff in the above-captioned matter.

Dated: February 15, 2017

                                        Respectfully submitted,

                                        LEE LITIGATION GROUP, PLLC
                                        Anne Seelig (AS 3976)
                                        30 East 39th Street, Second Floor
                                        New York, NY 10016
                                        Tel: 212-661-0052
                                        Fax: 212-465-1181
                                        *Attorneys for the Plaintiff*

                                        By: _____
                                           Anne Seelig, Esq.