USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/8/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
MARRETT,

                                  Plaintiff,

      -against-

LE BERNARDIN, INC.,

                                Defendants.
------------------------------------------------------------- x

17-CV-0716 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    August 8, 2017
              New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**